# In the United States Court of Federal Claims

**No. 06-299 C**

**Filed: April 18, 2006**

**DICK PACIFIC/GHEMM, JV, on behalf of Hudson Bay Insulation Co., Inc.,**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Judge Eric G. Bruggink**

As provided for in the provision of the Court's ADR Pilot Program, effective April 2, 2002 , this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

Information about this program, as well as model notices, orders and pleadings is available at the court's website - www.uscfc.uscourts.gov.

s/ Brian Bishop
Brian Bishop, Clerk of Court