ORIGINAL

FILED
APR 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DICK PACIFIC/GHEMM, JV, on behalf of Hudson Bay Insulation Co., Inc., Plaintiff,

vs.

THE UNITED STATES, Defendant.

No. 06-299 C

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2, plaintiff provides the following information regarding:

1. Title and Case Number of Related Case: Dick Pacific/Ghemm, JV, on behalf of W.A. Botting Company vs. The United States of America, Case No. 05-462C.

2. Relationship of Actions: These actions involve the same plaintiff/prime contractor (Dick Pacific/Ghemm, JV), the same defendant (United States), and the same construction contract (contract for Bassett Hospital Replacement, Contract No. DACA85-02-C-0004, located at Ft. Wainwright, AK).

3. Judicial Assignment: Plaintiff believes these cases would benefit from assignment to a single judge. Plaintiff reserves the right to move for consolidation of these cases at a later time.

DATED this 17th day of April, 2006.

WINSTON & CASHATT

Robert H. Crick by: John H. Guin

ROBERT H. CRICK, ESQ
1900 Bank of America Financial Center
601 W Riverside
Spokane, WA 99201
(509) 838-6131
(509) 838-1416 facsimile

Of Counsel:

PATRICK A. SULLIVAN, ESQ
JOHN H. GUIN, ESQ
WINSTON & CASHATT
1900 Bank of America Financial Center
601 W Riverside
Spokane, WA 99201
(509) 838-6131
(509) 838-1416 facsimile

ERIK D. EIKE, ESQ.
707 Richards Street, Suite 201
Honolulu, HI 96813
(808) 537-5950
(808) 537-5955 facsimile

77331.doc