IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV on behalf of Hudson Bay Insulation Co., Inc., | ) | |
| Plaintiff, | ) | No. 06-299C (Judge Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John Groat as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


JOHN GROAT
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

______________________________

JOHN GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202)616-8260/514-4325
Facsimile: (202) 514-7965

Dated: April __, 2006

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert H. Crick, Esquire
Winston & Cashatt
1900 Bank of America Financial Center
601 W Riverside
Spokane, Washington 99201

/s/
John Groat