# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV on behalf of Hudson Bay Insulation Co., Inc., | ) | |
| Plaintiff, | ) | No. 06-299C (Judge Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven M. Mager as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN M. MAGER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: May 2, 2006

s/Steven M. Mager

STEVEN M. MAGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-2377
Facsimile: (202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on May 2, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager