**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV on behalf of Hudson Bay Insulation Co., Inc., | ) | |
| Plaintiff, | ) | No. 06-299C (Judge Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO RULE 56.2, OR, IN THE ALTERNATIVE, MOTION TO EXTEND TIME TO ANSWER**

Defendant, the United States, and plaintiff, Dick Pacific/Ghemm, JV ("Dick Pacific"), respectfully move for the entry of an order pursuant to Rule 56.2 of the Rules of the United States Court of Federal Claims ("RCFC") remanding the case to the United States Army Corps of Engineers ("Army Corps") for the entry of a contracting officer's final decision.

The parties hereby stipulate:

1. The Army Corps shall make a final decision upon the merits of Dick Pacific's November 17, 2005 request for a contracting officer's final decision regarding Hudson Bay's entitlement to an equitable price

adjustment no later than 15 days following the entry of this Court's Order remanding to the agency for further proceedings.

2. Upon reaching a final decision, the Army Corps shall, in accordance with RCFC 56.2(b)(3), forward to the clerk for filing 4 copies of the decision and provide a copy of the final decision to the undersigned counsel via facsimile.

3. Pursuant to RCFC 56.2(b)(4), Dick Pacific shall, within 30 days after the Army Corps' transmission of a decision pursuant to RCFC 56.2(b)(3), file with the clerk a notice indicating whether it wishes to dismiss its complaint with prejudice, or whether further proceedings before the Court are deemed required, and, if such proceedings are desired, what those proceedings should be. Dick Pacific shall serve a copy of such notice upon each adverse party in conformity with RCFC 5.

In the event that the Court denies this joint motion to remand, defendant respectfully requests an enlargement of time of 15 calendar days in which to respond to plaintiff's complaint. Defendant's response

is presently due June 19, 2006. This is defendant's first request for an enlargement of this deadline. Plaintiff's counsel has agreed to this extension.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Robert H. Crick
ROBERT H. CRICK
Winston & Cashatt
601 West Riverside Ave.
1900 Seafirst
Financial Center
Spokane, WA 99201-0695

Attorney for Plaintiff

June 9, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

June 13, 2006

CERTIFICATE OF FILING

I hereby certify that on June 13, 2006, a copy of the foregoing "JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO RULE 56.2, OR, IN THE ALTERNATIVE, MOTION TO EXTEND TIME TO ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager