# In the United States Court of Federal Claims

Case No. 06-299C
(Filed: June 16, 2006)

****************************************************
DICK PACIFIC/GHEMM, JV, on behalf *
*of Hudson Bay Insulation Co., Inc.,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties' **Joint Motion for Voluntary Remand** Pursuant to Rule 56.2 is **GRANTED.** Pursuant to the terms of the Motion, the case is remanded to the U.S. Army Corps of Engineers, which shall render a final decision upon the merits of Plaintiff's request for a contracting officer's final decision regarding Hudson Bay Insulation Company's entitlement to an equitable price adjustment, no later than 15 days from the date of this Order. **All proceedings in the above-captioned case shall be STAYED pending the remand.**

Pursuant to Rule 56.2(b)(3) of the Court of Federal Claims, the U.S. Army Corps of Engineers shall file **four copies of its final decision with the Clerk of this Court no later than July 5, 2006. Both parties shall file a notice with the Court within 30 days of the final decision regarding what further proceedings**, if any, are desired. *See* Rule 56.2(b)(4).

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge