**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV on behalf of Hudson Bay Insulation Co., Inc., | ) | |
| Plaintiff, | ) | No. 06-299C (Judge Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Pursuant to Rule 56.2 of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated June 16, 2006, defendant, the United States, respectfully submits a copy of the contracting officer's final decision in the above captioned matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

July 5, 2006

CERTIFICATE OF FILING

I hereby certify that on July 5, 2006, a copy of the foregoing "NOTICE OF FILING" and the attached contracting officer's decision was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager