# In the United States Court of Federal Claims

Case No. 06-299C
(Filed: August 18, 2006)

*****************************************************
DICK PACIFIC/GHEMM, JV, on behalf *
*of Hudson Bay Insulation Co., Inc.,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

By Order of June 16, 2006, the Court granted parties' Joint Motion for Voluntary Remand and ordered parties to file a notice with the Court within 30 days of the Contracting Officer's final decision regarding what further proceedings, if any, were desired. The Court received the Contracting Officer's decision on July 5, 2006.

**The parties shall file a Joint Status Report forthwith, and no later than September 1, 2006,** informing the Court of their intentions regarding further proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge