IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV,<br>on behalf of Hudson Bay Insulation Co., Inc.,<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | No. 06-299 C |

**MOTION TO ENLARGE TIME TO FILE JOINT STATUS REPORT PURSUANT TO RULE 6.1**

Plaintiff, Dick Pacific/Ghemm, JV ("Dick Pacific"), respectfully moves for the entry of an order pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC") for an enlargement of time of 14 calendar days (until September 15, 2006) in which to file the Joint Status Report.

This is plaintiff's second request for an enlargement of this deadline. By order of August 18, 2006, the Court granted the parties' joint motion to enlarge the time to file the Joint Status Report until September 1, 2006. This motion requests an additional enlargement of time because plaintiff has not determined to date whether the decision of the Contracting Officer on remand affords a satisfactory basis for disposition of the claim at the administrative level, or whether further proceedings before the court are

required. Defendant's counsel has agreed to this extension and no opposition will be filed.

DATED this 1st day of September, 2006.

//s//
ROBERT H. CRICK, ESQ
WINSTON & CASHATT
Attorneys for Plaintiff
1900 Bank of America Financial Center
601 West Riverside
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile

Of Counsel:

PATRICK A. SULLIVAN, ESQ
JOHN H. GUIN, ESQ
WINSTON & CASHATT
1900 Bank of America Financial Center
601 W Riverside Ave.
Spokane, WA 99201
(509) 838-6131
(509) 838-1416 facsimile

ERIK D. EIKE, ESQ.
707 Richards Street, Suite 201
Honolulu, HI 96813
(808) 537-5950
(808) 537-5955 facsimile

CERTIFICATE OF FILING

I hereby certify that on this 1st day of September, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

//s//

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile