# In the United States Court of Federal Claims

Case No. 06-299C
(Filed: September 6, 2006)

****************************************************
DICK PACIFIC/GHEMM, JV, on behalf *
*of Hudson Bay Insulation Co., Inc.,* *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Plaintiff's unopposed **Motion for an Enlargement of Time** (14 days) to File a Joint Status Report filed September 1, 2006, is hereby **GRANTED**. **The parties shall file a Joint Status Report no later than September 15, 2006,** informing the Court of their intentions regarding further proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge