**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DICK PACIFIC/GHEMM, JV<br>on behalf of Hudson Bay<br>Insulation Co., Inc., | ) | |
| Plaintiff, | ) | No. 06-299C<br>(Judge Baskir) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated September 6, 2006, the parties to this action, by and through their undersigned counsel, respectfully submit the following Joint Status Report.

Plaintiff intends to file a notice of acceptance of the contracting officer's decision, upon receipt of the modification implementing the contracting officer's decision. The parties anticipate the modification will be issued and the notice filed no later than September 29, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

| | |
|---|---|
| /s/ Robert Crick<br>ROBERT CRICK<br>Winston & Cashatt, Lawyers<br>601 West Riverside Avenue<br>1900 Seafirst Financial Center<br>Spokane, WA 99201-0695 | /s/ Steven M. Mager<br>STEVEN M. MAGER<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Attn: Classification Unit<br>8th Floor<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Tele: (202) 616-2377<br>Steven.Mager@usdoj.gov |
| Attorney for Plaintiff | Attorneys for Defendant |
| September 15, 2006 | September 15, 2006 |

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of September, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice