IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DICK PACIFIC/GHEMM, JV, on behalf of Hudson Bay Insulation Co., Inc., Plaintiff, vs. THE UNITED STATES, Defendant. | No. 06-299 C |

**STIPULATION FOR ORDER OF DISMISSAL**

The parties to this action, through their undersigned counsel, stipulate and agree that this matter may be dismissed with prejudice and without an award of costs or fees to any party. The parties further stipulate that the Court may enter an Order consistent with the terms of this Stipulation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

~~/s/ Brian M. Simkin~~ /s Bryant G. Snee
~~BRIAN M. SIMKIN~~ BRYANT G. SNEE
Assistant Director

/s/ Robert Crick
ROBERT CRICK
Winston & Cashatt, Lawyers
601 West Riverside Avenue
1900 Seafirst Financial Center
Spokane, WA 99201-0695

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit

8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Plaintiff

November 30, 2006

Attorneys for Defendant

November 30, 2006

CERTIFICATE OF FILING

I hereby certify that on this 30th day of November, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert H. Crick

ROBERT H. CRICK
1900 Bank of America Financial Center
601 West Riverside Avenue
Spokane, WA 99201
(509) 838-6131 telephone
(509) 838-1416 facsimile